## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:                                                   Case No. 10-53794

    Shannon D. Van Meter,                  Chapter 13
    Brenda M. Van Meter
         *Debtor(s)*                          Judge Preston

### **DEBTORS' AMENDMENT TO SCHEDULES "I" AND "J"**

Debtors hereby amend Schedule "I", Current Income of Individual Debtors, to reflect an change in their income for the months of October-March (see attached Exhibit "A"). Debtors income remains unchanged for the months April-September (see attached Exhibit "B").

Debtors hereby amend Schedule "J", Current Expenditures of Individual Debtor(s), to reflect changes in her expenditures for the months of October-March (see attached Exhibit "C"). Further, Debtors reflect changes in their expenditures for the months of April-September (see attached Exhibit "D").

Date: <u>August 30, 2010</u>

                                                       /s/ W. Mark Jump
                                                       W. Mark Jump (0062837)
                                                       Attorney for Debtors
                                                       2130 Arlington Ave.
                                                       Columbus, Ohio 43221
                                                       (614) 481-7218 Telephone
                                                       (866) 335-5153 Facsimile
                                                       bankruptcycourt@kjlaws.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate of copy of the foregoing Amendment was served as permitted by the rules, upon the following parties on this 30th day of August, 2010.

        /s/ W. Mark Jump
        W. Mark Jump
        Attorney for Debtors
        2130 Arlington Ave.
        Columbus, Ohio 43221
        (614) 481-7218 Telephone
        (866) 335-5153 Facsimile
        bankruptcycourt@kjlaws.com

***SERVED ELECTRONICALLY***

Frank M. Pees
Standing Chapter 13 Trustee
130 E. Wilson Bridge Road, Suite 200
Worthington, Ohio 43085-6300

Office of the United States Trustee
170 N. High Street, Suite 200
Columbus, Ohio 43215

B6I (Official Form 6I) (12/07)

In re **Shannon D. Van Meter / Brenda M. Van Meter**, Debtor(s)   Case No. **2:10-bk-53794**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **Stepson / Daughter** | AGE(S): **16 / 9** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Self-employed Lawn Care** | **Self-employed Cleaning** |
| Name of Employer | **Van Meter Corp** | **Van Meter Corp** |
| How long employed | **5 years** | **5 years** |
| Address of Employer | **2951 Black Smith Ct. Delaware, OH 43015** | **2951 Black Smith Ct. Delaware, OH 43015** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
|    b. Insurance | $ 0.00 | $ 0.00 |
|    c. Union dues | $ 0.00 | $ 0.00 |
|    d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 6,550.00 | $ 8,600.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 6,550.00 | $ 8,600.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 6,550.00 | $ 8,600.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 15,150.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
   **NONE**
   **Debtors business has been steadily increasing. Schedule I reflects this increase that the Form B22C calculation does not reflect.**

Case 2:10-bk-53794    Doc 26    Filed 08/30/10    Entered 08/30/10 14:26:59    Desc Main
Document      Page 4 of 10

B6I (Official Form 6I) (12/07)

In re  **Shannon D. Van Meter**
       **Brenda M. Van Meter**
                                        Debtor(s)

Case No.  **2:10-bk-53794**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **Stepson** / **Daughter** | AGE(S): **16** / **9** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Self-employed Lawn Care** | **Self-employed Cleaning** |
| Name of Employer | **Van Meter Corp** | **Van Meter Corp** |
| How long employed | **5 years** | **5 years** |
| Address of Employer | **2951 Black Smith Ct.** **Delaware, OH 43015** | **2951 Black Smith Ct.** **Delaware, OH 43015** |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---:|---:|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
|    b. Insurance | $ 0.00 | $ 0.00 |
|    c. Union dues | $ 0.00 | $ 0.00 |
|    d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 8,600.00 | $ 8,600.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 8,600.00 | $ 8,600.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 8,600.00 | $ 8,600.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 17,200.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
   **NONE**
   **Debtors business has been steadily increasing. Schedule I reflects this increase that the Form B22C calculation does not reflect.**

B6J (Official Form 6J) (12/07)

In re **Shannon D. Van Meter**
     **Brenda M. Van Meter**                                           Case No. **2:10-bk-53794**
                              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 900.00 |
| a. Are real estate taxes included?  Yes ___  No **X** | |
| b. Is property insurance included?  Yes ___  No **X** | |
| 2. Utilities: a. Electricity and heating fuel | $ 300.00 |
| b. Water and sewer | $ 65.00 |
| c. Telephone | $ 60.00 |
| d. Other **See Detailed Expense Attachment** | $ 200.00 |
| 3. Home maintenance (repairs and upkeep) | $ 65.00 |
| 4. Food | $ 800.00 |
| 5. Clothing | $ 100.00 |
| 6. Laundry and dry cleaning | $ 20.00 |
| 7. Medical and dental expenses | $ 500.00 |
| 8. Transportation (not including car payments) | $ 150.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $ 0.00 |
| b. Life | $ 0.00 |
| c. Health | $ 0.00 |
| d. Auto | $ 150.00 |
| e. Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) **Income and Self-Employment Tax** | $ 400.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $ 0.00 |
| b. Other | $ 0.00 |
| c. Other | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 9,440.00 |
| 17. Other | $ 0.00 |
| Other | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 13,150.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
   **None. Debtors are uninsured and Co-Debtor is being treated for recently discovered serious medical condition.**

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ 15,150.00 |
| b. Average monthly expenses from Line 18 above | $ 13,150.00 |
| c. Monthly net income (a. minus b.) | $ 2,000.00 |

**B6J (Official Form 6J) (12/07)**

In re  **Shannon D. Van Meter**
**Brenda M. Van Meter**
_____
Debtor(s)

Case No. **2:10-bk-53794**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---:|
| business cell phone - Debtor | $ 100.00 |
| business cell phone - Joint Debtor | $ 100.00 |
| **Total Other Utility Expenditures** | **$ 200.00** |

Case 2:10-bk-53794    Doc 26    Filed 08/30/10    Entered 08/30/10 14:26:59    Desc Main
Document      Page 6 of 10

In re **Shannon D. Van Meter**
      **Brenda M. Van Meter**                                                         Case No.
                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
**Attachment A**

## BUSINESS EXPENSES

| | | |
|---|---|---|
| 1. | 2008 Chevrolet w/plow | $1185.00 |
| 2. | Cleaning Supplies | $360.00 |
| 3. | Lawn Care & Snow Removal Supplies | $550.00 |
| 4. | Fuel | $1200.00 |
| 5. | Advertising | $170.00 |
| 6. | Auto Insurance | $150.00 |
| 7. | Bank Fees | $100.00 |
| 8. | Equipment Rental | $200.00 |
| 9. | Insurance (Accident, Health, Liability, Workers Comp) | $290.00 |
| 10. | Office Supplies | $150.00 |
| 11. | Payroll Expense | $1320.00 |
| 12. | Postage | $80.00 |
| 13. | Professional Fees | $650.00 |
| 14. | Repairs & Maintenance | $200.00 |
| 15. | Sales Tax | $750.00 |
| 16. | Tools & Equipment | $20.00 |
| 17. | Uniforms/Clothing | $165.00 |
| 18. | Labor for both business operations | $1700.00 |
| 19. | Storage Units | $200.00 |
| Total | | $10,745.00 |

B6J (Official Form 6J) (12/07)

In re **Shannon D. Van Meter**
     **Brenda M. Van Meter**
                                     Debtor(s)

Case No. **2:10-bk-53794**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 900.00 |
| a. Are real estate taxes included? | Yes ___ No **X** | |
| b. Is property insurance included? | Yes ___ No **X** | |
| 2. Utilities: a. Electricity and heating fuel | | $ 300.00 |
| b. Water and sewer | | $ 65.00 |
| c. Telephone | | $ 60.00 |
| d. Other **See Detailed Expense Attachment** | | $ 200.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 65.00 |
| 4. Food | | $ 800.00 |
| 5. Clothing | | $ 100.00 |
| 6. Laundry and dry cleaning | | $ 20.00 |
| 7. Medical and dental expenses | | $ 500.00 |
| 8. Transportation (not including car payments) | | $ 150.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 0.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 0.00 |
| b. Life | | $ 0.00 |
| c. Health | | $ 0.00 |
| d. Auto | | $ 150.00 |
| e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) **Income and Self-Employment Tax** | | $ 400.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 0.00 |
| b. Other | | $ 0.00 |
| c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 10,745.00 |
| 17. Other | | $ 0.00 |
| Other | | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 14,455.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
    **None. Debtors are uninsured and Co-Debtor is being treated for recently discovered serious medical condition.**

20. STATEMENT OF MONTHLY NET INCOME
a. Average monthly income from Line 15 of Schedule I           $  17,200.00
b. Average monthly expenses from Line 18 above                 $  14,455.00
c. Monthly net income (a. minus b.)                            $   2,745.00

**B6J (Official Form 6J) (12/07)**

In re  **Shannon D. Van Meter**
**Brenda M. Van Meter**             Case No. **2:10-bk-53794**

Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
**Detailed Expense Attachment**

**Other Utility Expenditures:**

| | |
|---|---:|
| **business cell phone - Debtor** | $ **100.00** |
| **business cell phone - Joint Debtor** | $ **100.00** |
| **Total Other Utility Expenditures** | $ **200.00** |

In re **Shannon D. Van Meter**
    **Brenda M. Van Meter**                                          Case No.

Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
**Attachment A**

### BUSINESS EXPENSES

| # | Item | Amount |
|---|---|---|
| 1. | 2008 Chevrolet w/plow | $1185.00 |
| 2. | Cleaning Supplies | $360.00 |
| 3. | Lawn Care & Snow Removal Supplies | $800.00 |
| 4. | Fuel | $1500.00 |
| 5. | Advertising | $170.00 |
| 6. | Auto Insurance | $150.00 |
| 7. | Bank Fees | $100.00 |
| 8. | Equipment Rental | $295.00 |
| 9. | Insurance (Accident, Health, Liability, Workers Comp) | $290.00 |
| 10. | Office Supplies | $150.00 |
| 11. | Payroll Expense | $1320.00 |
| 12. | Postage | $80.00 |
| 13. | Professional Fees | $650.00 |
| 14. | Repairs & Maintenance | $300.00 |
| 15. | Sales Tax | $1000.00 |
| 16. | Tools & Equipment | $30.00 |
| 17. | Uniforms/Clothing | $165.00 |
| 18. | Labor for both business operations | $2000.00 |
| 19. | Storage Units | $200.00 |
| Total | | $10,745.00 |